**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01703-BNB

JOHNNY EDWARDS,

    Plaintiff,

v.

LUCY HERNANDEZ, individual and official capacity,
JUDY BRIZENDINE, individual and official capacity,
LAURIE KNAPP, individual and official capacity,
POLLY WALTER, individual and official capacity,
DOCTOR CALBING, individual and official capacity, and
CORRECTIONAL CORPORATION OF AMERICA, individual and official capacity,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on "Plaintiff's Motion to Serve Defendants' Summon [sic] and Complaint" (Doc. # 9), filed on September 11, 2009. The Motion is DENIED as premature.

    Dated: September 17, 2009