IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01703-WYD-MEH

JOHNNY EDWARDS,

    Plaintiff,

v.

LUCY HERNANDEZ, individual and official capacity,
JUDY BRISENDINE, individual and official capacity,
LAURIE KNAPP, individual and official capacity, and
DOCTOR CALBING, individual and official capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 26 2009

GREGORY C. LANGHAM
                CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 23rd day of October, 2009.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-01703-WYD-MEH

Johnny Edwards
Prisoner No. 60565
Cheyenne Mountain Re-Entry Center
2925 E. Las Vegas Street
Colorado Springs, CO 80906

Jennifer Vasquez – **CERTIFIED**
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**SERVICE DOCUMENTS FOR:**
**Lucy Hernandez, Judy Brisendine,**
**Laurie Knapp, and Doctor Calbing**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Judy Fuchs for service of process on Lucy Hernandez, Judy Brisendine, Laurie Knapp, and Doctor Calbing: AMENDED COMPLAINT FILED 9/17/09, ORDER FILED 10/22/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/26/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk